```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

ALEEM MUHAMMAD,

                Plaintiff,

   - against -

THE PORT AUTHORITY POLICE
DEPARTMENT, ET AL.,

                Defendants.

23-cv-9908 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **December 3, 2023.**

SO ORDERED.

Dated:    **New York, New York
            November 17, 2023**

                                          _/s/ John G. Koeltl_
                                            John G. Koeltl
                                        **United States District Judge**