UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEEM MUHAMMAD,

                                Plaintiff,

              -against-

THE PORT AUTHORITY OF NEW
YORK AND NEW JERSEY, *et al.*,

                                Defendants.
------------------------------------------------------------------X

**23 Civ. No. 9908 (JGK) (GS)**

**PRE-MOTION CONFERENCE
SCHEDULING ORDER**

**GARY STEIN, United States Magistrate Judge:**

      As this action was referred to the undersigned for general pretrial management on May 22, 2025 (Dkt. No. 27), the dispute raised in Dkt. Nos. 24–26 is now before the undersigned. Thus, pursuant to the undersigned's individual practice rules, the parties are to meet and confer regarding this dispute and provide a joint status letter to the Court by no later than **Friday, May 30, 2025**. In addition, a pre-motion video conference is scheduled for **Friday, June 6, 2025 at 11:00 a.m.**

      The parties' meet-and-confer discussions should include the issue of contact information for the non-party eyewitness (a matter not addressed in Plaintiff's May 21 letter) as well as the medical damages issue. The parties' discussions should also include whether they can agree on remedies short of preclusion to ameliorate any prejudice to Defendants caused by Plaintiff's non-compliance with his discovery obligations. *See Softel, Inc. v. Dragon Med. & Scientific Commc'ns, Inc.*, 118 F.3d 955, 961 (2d Cir. 1997) (setting forth factors for district courts to consider in determining whether the preclusion of evidence is warranted as a sanction for discovery violations under Fed. R. Civ. P. 37(c)).

      The parties are directed to join the June 6, 2025 conference via Microsoft Teams at the scheduled time using the following link: [Click here to join the meeting](). **Meeting ID: [281 091 200 101 4]  Passcode: [zT7f47eW]**

      **SO ORDERED.**

DATED:    New York, New York
              May 23, 2025

                                                                 _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge