

August 28, 2025

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/1/25

**VIA ELECTRONIC FILING**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

Re:   Aleem Muhammad v. The Port Authority of New York and New Jersey, et al.
      *Docket No.:* 23-CV-09908 (JGK)(GS)

Dear Judge Koeltl:

This office represents defendants, the Port Authority of New York and New Jersey (the "Port Authority") and Officer Daniel Lepore in the above-referenced matter. We write to respectfully request an extension of the dispositive motion deadline of September 5, 2025 (Dkt. 23). We have conferred with plaintiff's counsel and they consent in the application. Due to office vacation schedules over the last three weeks and counsels' filing of a letter motion for leave to file summary judgment with complete Rule 56 statement due in August before the Honorable Hector Gonzalez (1:24-cv-06309-HG), defendants' respectfully request a two-week adjournment from September 5, 2025 to September 19, 2025. The remaining deadlines after the filing of dispositive motions are: Motions *in limine* due by December 12, 2025; Pre-trial Order due by December 12, 2025; Ready for trial by January 19, 2026. Dkt. 23. All other fact and expert discovery has been completed by the parties per the Court ordered deadlines.

We thank the Court for your courtesies and attention to this matter.

Respectfully submitted,

**PORT AUTHORITY LAW DEPARTMENT**
*Attorneys for Defendants Port Authority and Officer Daniel Lepore*

By: *Christopher Valletta*
Christopher Valletta, Esq.
Direct: (212) 435-3493
Cheryl Alterman, Esq.
Direct: (212) 435-3431

Cc:   Michael Kesselman, Esq. *(via e-filing)*

4 World Trade Center | 150 Greenwich Street, 24th Floor | New York, NY 10007 | T: 212-435-3493 | F: 212-435-3569 | cjvalletta@panynj.gov