# RUBENSTEIN & RYNECKI

ATTORNEYS AT LAW
26 COURT STREET, SUITE 1200
BROOKLYN, NEW YORK 11242
Tel. (718)522-1020
Fax. (718)522-3804

SANFORD A. RUBENSTEIN*
SCOTT RYNECKI**
ROBERT MIJUCA
RICHARD M. LEVY

MARC BATTIPAGLIA**
MICHAEL J. CONTE
BRETT A. SINGER
MICHAEL J. KESSELMAN
DONAL MCKEONE
JAMES HODNETT

\* OF COUNSEL
\*\* ADMITTED IN NY & NJ

December 9, 2025

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
Brooklyn, New York 10007

*Application granted.*
*Pre-Trial filings due 1/23/26, or*
*30 days after decision of the motion for*
*summary judgment, whichever is*
*later.*

Re:    Aleem Muhammad v. The Port Authority of New York and
New Jersey, et. al.
United States District Court, Southern District of New York
Index No.: 23-CV-09908(JGK)(GS)

*So ordered*
*John G. Koeltl*
*U.S.D.J.*
*12/10/25*

Dear Judge Koeltl:

This office represents plaintiff Aleem Muhammad in the above-referenced litigation. Plaintiff writes this correspondence jointly with counsel for defendants The Port Authority of New York and New Jersey and Officer Daniel Lepore to request an extension of the December 12, 2025 deadline for motions in *limine* and for a joint pretrial Order.

As this Honorable Court is aware, defendants have filed a Motion for Summary Judgment, which was fully briefed on November 18, 2025 and is currently awaiting Decision. The outcome of this motion will have a material effect on the claims which plaintiff is permitted to present at trial, and possibly also a material effect on the evidence that may be presented at trial. Additionally, the undersigned has been engaged in trial in Supreme Court of the State of New York, Kings County, and requests more time to comply with the December 12, 2025 deadline. Defense counsel also has travel plans during the holidays, and joins in the request for the extension of time.

To accommodate the above, including trial schedules and travel plans, the parties jointly request an extension of time until January 23, 2026, to provide motions in *limine* and for a joint pretrial order, or until such a time as defendants' motion for summary judgment is decided.

Thank you for the Court's time and attention to this matter.

1

Case 1:23-cv-09908-JGK-GS    Document 52    Filed 12/10/25    Page 2 of 2

Respectfully submitted,

/s/ Michael J. Kesselman____
Rubenstein & Rynecki
Attorneys for Aleem Muhammad

CC: All counsel (via ECF)