UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEEM MUHAMMAD,

               Plaintiff,

    - against -

THE PORT AUTHORITY OF NEW
YORK AND NEW JERSEY, ET AL.,

               Defendants.

23-cv-9908 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The parties' joint pretrial order and any motions in limine (together, the "pretrial papers") were due by the later of January 23, 2026, or thirty days after a decision resolving the defendants' motion for summary judgment. ECF No. 51. On May 15, 2026, the Court issued a Memorandum Opinion and Order denying the defendants' motion for summary judgment. ECF No. 53. The parties were therefore required to file their pretrial papers by June 15, 2026. See Fed. R. Civ. P. 6(a)(1)(C). To date, the parties have failed to file any pretrial papers. The parties are thus directed to file their pretrial papers no later than **June 23, 2026.**

SO ORDERED.

Dated:     New York, New York
            June 16, 2026

                               John G. Koeltl
                     United States District Judge