PORT AUTHORITY NY NJ
AIR LAND RAIL SEA

MEMO ENDORSED

August 14, 2026

**VIA ECF**
Honorable Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

**Re: Aleem Muhammad v. The Port Authority of New York and New Jersey, et al.**
***Docket No.:* 23-CV-09908 (JGK)(GS)**

Dear Judge Stein:

This office represents Defendants the Port Authority of New York and New Jersey and Officer Lepore in the above-referenced matter. Defense counsel is in receipt of the Court's Order scheduling a pre-settlement conference call for Friday, August 21, 2026, at 11:30 a.m. (DE 66). The undersigned will be out of town on a previously scheduled vacation next week and, therefore, will be unavailable to participate in the conference call. In conferring with Plaintiff's counsel regarding a mutually agreeable alternative date, the undersigned learned that Plaintiff's counsel will be on vacation during the week of August 24, 2026.

Accordingly, Defendants respectfully request that the Court adjourn the pre-settlement conference call to a date during the week of August 31, 2026, at the Court's convenience. Plaintiff's counsel consents to this request.

We thank the Court for its consideration.

Respectfully submitted,

**PORT AUTHORITY LAW DEPARTMENT**
*Attorneys for Defendants Port Authority and Officer Daniel Lepore*

By: /s/ Cheryl Alterman
Cheryl Alterman, Esq.
Direct: (212) 435-3431

Cc: Michael Kesselman, Esq. *(via ECF)*

Application granted. The pre-settlement phone call scheduled for August 21, 2026 is hereby adjourned to Tuesday, September 1, 2026 at 10:00 a.m. Counsel are directed to use the dial-in information located in the Order on Dkt. No. 66. SO ORDERED.

Date: August 20, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York